1  JOHN P. DESMOND, ESQ.
   State Bar No. 5618
2  JUSTIN J. BUSTOS, ESQ.
   State Bar No. 10320
3  JONES VARGAS
   100 West Liberty Street, 12th Fl.
4  P.O. Box 281
   Reno, NV 89504-0281
5  Tel: (775) 786-5000
   Fax: (775) 786-1177
6
   *Attorneys for Defendant*
7  *Archon Corporation*

8              UNITED STATES DISTRICT COURT
9                  DISTRICT OF NEVADA

10 LEEWARD CAPITAL, L.P.,                    )
                                             )
11                    Plaintiff,             )  Case No. 2:08-CV-00007
                                             )
11 v.                                        )
                                             )  **NOTICE OF WITHDRAWAL OF**
12 ARCHON CORPORATION,                       )  **MORGAN LEWIS & BOCKIUS LLP AS**
                                             )  **COUNSEL FOR DEFENDANT**
13                    Defendant.             )  **ARCHON CORPORATION**
                                             )
14 _____

15         Pursuant to Local Rule IA 10-6, the law firm of MORGAN LEWIS & BOCKIUS LLP by

16 Laurie E. Foster and Marc J. Shanker, withdraw as counsel for Defendant ARCHON

17 CORPORATION in the above-captioned action. The client has been informed of this notice of

18 withdrawal and expressly consents to the same. Notice of this withdrawal will served on

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

JONES VARGAS
100 West Liberty Street - Twelfth Floor
PO Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

ARCHON CORPORATION as well.  The law firm of JONES VARGAS shall remain as counsel

of record for Defendant ARCHON CORPORATION in this action.

DATED this 5th day of November, 2010.

JONES VARGAS

By: _____
JOHN P. DESMOND
Nevada Bar No. 5618
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
E-mail: jpd@jonesvargas.com

*Attorneys for Defendant*
*Archon Corporation*

I consent to the above withdrawal.

MORGAN LEWIS BOCKIUS LLP

_____
LAURIE E. FOSTER
MARC J. SHANKER
101 Park Avenue
New York, New York  10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309- 6001
Email:  lfoster@morganlewis.com

* * *

APPROVED.

DATED this _ 8th day of November, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE