ROBERT W. BROWNLIE (admitted *pro hac vice*)
(CA Bar No. 138793)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

MARK M. JONES (Nevada Bar No. 267)
**KEMP, JONES & COULTHARD**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Fax: (702) 385-6001

Attorneys for Plaintiff
LEEWARD CAPITAL, L.P.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leeward Capital, L.P., <br><br> Plaintiff, <br><br> v. <br><br> Archon Corporation, <br><br> Defendant. | CASE NO. 2:08 CV 00007-PMP-LRL <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY; [PROPOSED] ORDER** |

WEST\222936630.1                                                                                     CV NO. 08 CV 1156 L (RBB)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Joanna Kishner, counsel of record for Plaintiff Leeward Capital, L.P. ("Leeward Capital") has left DLA Piper LLP (US), and will therefore no longer serve as counsel for Leeward Capital in this matter.

Leeward Capital will continue to be represented in this matter by Robert W. Brownlie of DLA Piper US LLP and Mark M. Jones of Kemp, Jones & Coulthard.

January 24, 2011                                  DLA PIPER LLP (US)


                                                  By /s/ Robert W. Brownlie
                                                     ROBERT W. BROWNLIE
                                                     Attorneys for Plaintiff
                                                     LEEWARD CAPITAL, L.P.


### [PROPOSED] ORDER

The withdrawal of counsel is hereby granted.

Dated: 1-25-11

_/s/ Leavitt_

U.S. MAGISTRATE JUDGE


### CERTIFICATE OF SERVICE

I hereby certify that, on January 24, 2011, a true and correct copy of this document was served on the following by the means indicated:

*Electronically in accordance with LR 5-4.*

WEST\222936630.1

-1-

CV NO.  08 CV 1156 L (RBB)